# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EVERLIDIS GARCIA RAMOS** : | |
| : | **CIVIL NO. 10-3433** |
| v. : | |
| : | |
| **MICHAEL J. ASTRUE, Comm'r of the** : | |
| **Soc. Sec. Admin.** : | |

## ORDER

**AND NOW**, this 6th day of April, 2011, upon consideration of the Report and Recommendation of Magistrate Judge Timothy R. Rice *(Doc. No. 14)* to which no objections have been made, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment *(Doc. No. 10)* is **DENIED**;

3. The Clerk is directed to enter **JUDGMENT IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF** and to **CLOSE** this case for statistical purposes.

        **IT IS SO ORDERED.**

        */s/ Paul S. Diamond*

        _____
        **Paul S. Diamond, J.**